1  Daniel S. Mount, Esq. (State Bar No. 077517)
   Alfredo A. Bismonte, Esq. (State Bar No. 136154)
2  Ashley X. Jiang, Esq. (State Bar No. 226960)
   MOUNT & STOELKER, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA  95110-2711
5  Tel.: (408) 279-7000
   Fax: (408) 998-1473
6  dmount@mount.com
   abismonte@mount.com
7  ajiang@mount.com
8  Attorneys for Defendant
   SPORT DIMENSION, INC.
9
   Pamela K. Fulmer, Esq. (SBN 154736)
10 Robert T. Cruzen, Esq. (SBN 203658)
   HOWARD RICE NEMEROVSKI
11   CANADY FALK & RABKIN
   Three Embarcadero Center, 7th Floor
12 San Francisco CA  94111
   rcruzen@howardrice.com
13 pfulmer@howardrice.com
   (415) 434-1600 Telephone
14 (415) 217-5910 Facsimile
15
16 Attorneys for Plaintiff
   WHAM-O, INC.

17
18                    UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| WHAM-O, INC. | Civil Case No.:  C-004 5055 EMC |
| Plaintiff, | **CORRECTED STIPULATION AND** ~~[PROPOSED]~~ **ORDER EXTENDING TIME FOR PARTIES TO COMPLETE MEDIATION** |
| v. | |
| SPORT DIMENSION, INC., | |
| Defendant. | |

CORRECTED STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION – Case No. C 04 5055 EMC        1

1   David A. Jakopin has been appointed by this Court as the Mediator assigned to this case. Mr. Jakopin has informed the parties that the Court has requested that a mediation occur before June 28, 2005. Due to obligations abroad, the representative for Sport Dimension, Inc. is unavailable to attend a mediation prior to that date. The Parties and their counsel have met and conferred in good faith on several occasions, but have not been able to schedule a mutually agreeable date for the mediation before mid-August 2005. At this time, the mediation is scheduled to undertaken on August 16, 2005.

During a telephone conference with Mr. Jakopin and counsel of record, Mr. Jakopin suggested that given the mediation schedule, it would be advisable for the parties to request that this Court extend the mediation deadline.

Accordingly, the parties of this case stipulate as follows:

The deadline for completion of the Mediation be extended from June 28, 2005, until August 31, 2005.

Dated:  June 7, 2005          By:/s/ Alfredo A. Bismonte
                              Alfredo A. Bismonte, Esq.
                              Ashley X. Jiang, Esq.
                              MOUNT & STOELKER
                              Attorneys for Defendant SPORT DIMENSION, INC.

Dated: June 7, 2005           By: /s/ Robert T. Cruzen
                              Pamela K. Fulmer, Esq.
                              Robert T. Cruzen, Esq.
                              HOWARD RICE NEMEROVSKI CANADY
                                FALK & RABKIN
                              Attorneys for Plaintiff WHAM-O, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert T. Cruzen.

/s/ Alfredo A. Bismonte

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 7__, 2005       
                              _____
                              U.S. DISTRICT COURT MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION – Case No. C 04 5055 EMC          1